McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH DELAHOUSSAYE, | Case No.: 2:17-cv-02701-EFB |
| Plaintiff, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that the deadline for Defendant to respond to Plaintiff's Motion For Summary Judgment and/or to file any cross-motion thereto be extended by thirty (30) days. Plaintiff filed her brief on May 17, 2018.

There is good cause for this extension. Defendant needs additional time to supplement the certified administrative transcript in this case with evidence that the Appeals Council did not

exhibit, and that is the subject of Plaintiff's motion.  In addition, Defendant seeks additional time to more fully evaluate the issues that Plaintiff raised in her opening brief

The current due date for Defendant's motion is June 18, 2018.  With the Court's approval, the new due date would be July 18, 2018.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated:  June 14, 2018

Respectfully submitted,
*/s/  Paul H. Saltzen**
PAUL H. SALTZEN
Attorney for Plaintiff
*Authorized via e-mail on June 14, 2018

Dated:  June 18, 2018

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/  *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED**.

Dated:  June 18, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE